

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,                2:13-CV-00194-MCE-KJN

12        Plaintiff,                        ORDER REGARDING CLERK'S
                                            ISSUANCE OF WARRANT FOR
13   v.                                     ARREST OF ARTICLES *IN REM*

14 2006 BMW 750LI, VIN:
   WBAHN83506DT30035, LICENSE
15 NUMBER: 5RLP132,

16        Defendant.

18    WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on

19 February 1, 2013, in the United States District Court for the Eastern District of

20 California, alleging that the defendant 2006 BMW 750Li, VIN: WBAHN83506DT30035,

21 License Number: 5RLP132 (hereafter "defendant vehicle") is subject to forfeiture to the

22 United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(D) for one or more

23 violations of 18 U.S.C. §§ 1028(a)(7), 1029(a)(2), and 1341;

24    And, the Court being satisfied that, based on the Verified Complaint for Forfeiture

25 *In Rem* and the affidavit of Internal Revenue Service – Criminal Investigation Special

26 Agent Jason Lamb, there is probable cause to believe that the defendant vehicle so

27 described constitutes property that is subject to forfeiture for such violation(s), and that

28 grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to

1 Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

Dated: 2-1-2013

EDMUND F. BRENNAN
United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest