1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         No. 2:12-cr-00322-MCE
12          Plaintiff,
13     v.                            **RELATED CASE ORDER**
14 ALEKSANDR LASTOVSKIY, ET AL.,
15          Defendants.
                                  /
16 _____
17 UNITED STATES OF AMERICA,         No. 2:13-cv-00194-MCE-KJN
18          Plaintiff,
19     v.
20 2006 BMW 750Li, VIN:
   WBAHN83506DT30035, LICENSE
21 NUMBER: 5RLP132,
22          Defendant.
                                  /
23 _____
24     The Court received the Notice of Related Cases filed
25 February 4, 2013.  Examination of the above-entitled actions
26 reveals that both actions are related within the meaning of Local
27 Rule 123(a), E.D. Cal. (1997).
28 ///

1  The actions involve the same parties, are based on the same or a
2  similar claim, and involve the same property transaction or
3  event.
4      Because the cases are already assigned to the same district
5  judge, this Order is issued for informational purposes only and
6  shall have no effect on the status of the cases.
7  Dated: February 19, 2013

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE