BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-00194-MCE-KJN |
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| 2006 BMW 750LI, VIN: WBAHN83506DT30035, LICENSE NUMBER: 5RLP132, | |
| Defendant. | |

    The United States of America and claimant Aleksandr Lastovskiy, by and through their respective counsel, hereby stipulate that a stay is appropriate in the above-entitled action, and request that the Court enter an order staying further proceedings until the resolution of the related criminal case, United States v. Lastovskiy, et al., 2:12-CR-00322-MCE.  The related criminal action alleges that claimant Lastovskiy and his co-schemers orchestrated a tax fraud scheme involving use of the mails, identity theft and bank insiders that authorized access to the accounts listed under the misused identities.  Lastovskiy and his co-schemers allegedly withdrew the funds from the misappropriated account, and then used the funds for personal gain.

1. Claimant Lastovskiy filed a claim to the defendant vehicle on February 25, 2013.

2. The claimant will file a response to the complaint within twenty-one days of the lifting of the stay.

3. No other claimants have appeared in this action.

4. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).

5. To date, several individuals, including the claimant, have been charged with federal criminal crimes related to a tax fraud involving identity fraud and false IRS tax returns.  The United States intends to depose those charged with crimes connected to the fraud.  If discovery proceeds at this time, these individuals, or some of them, will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim filed with this court.

6. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Internal Revenue Service.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to prepare for the criminal trial and/or further investigate the alleged underlying criminal conduct.

7. The parties recognize that proceeding with these actions at this time could have potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claims to the defendant assets and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until the resolution of the related criminal case.  The parties will file a joint request to lift the stay within thirty days of the criminal case's conclusion.

8. For good cause shown, any party to this stipulation may seek relief from this stay prior to the resolution of the related criminal case.

Dated: 4/8/13

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/8/13

/s/ Matthew Scoble
MATTHEW SCOBLE
Attorney for Claimant
Aleksandr Lastovskiy

(Authorized by phone)

### ORDER

For the reasons set forth above, this matter is stayed pending the resolution of the related criminal case. The parties will file a joint request to lift the stay within thirty days of the criminal case's conclusion.

IT IS SO ORDERED.

DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

3