McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-00194-MCE-KJN |
| Plaintiff, | |
| v. | STIPULATION FOR LIFT OF STAY AND ORDER; TO APPOINT KENNY N. GIFFARD AS CLAIMANT'S COUNSEL GIVEN THE OVERLAP IN UNITED STATES V. ALEKSANDR LASTOVSKIY, 2:12-CR-00322-GEB |
| 2006 BMW 750LI, VIN: WBAHN83506DT30035, LICENSE NUMBER: 5RLP132, | |
| Defendant. | |

The United States and claimant Aleksandr Lastovskiy, through their respective counsel, hereby stipulate and request the Court to lift the stay in this case. Mr. Lastovskiy was sentenced on August 30, 2019, in the parallel criminal case, *United States of America v. Aleksandr Lastovskiy*, 2:12-CR-00322-GEB.

The parties anticipate settling this case, but if they are unable to reach a settlement, they request a deadline of November 4, 2019, for the filing a Joint Status Report.

Claimant Aleksandr Lastovskiy filed a Verified Claim on February 25, 2013, and an Answer to the Complaint on March 11, 2013. No other party has filed a claim asserting an interest in defendant 2006 BMW 750Li, VIN: WBAHN83506DT30035, License Number: 5RLP132.

1

Stipulation for Lift of Stay and Order

The parties stipulate that Kenny N. Giffard's appointment in *U.S. v. Aleksandr Lastovskiy*, 2:12-CR-00322-GEB be expanded to cover this civil case that resulted from the same arrest forming the basis for the federal criminal case.

Dated: 9/25/2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/26/19

/s/ Kenny N. Giffard
KENNY N. GIFFARD
Attorney for claimant Aleksandr Lastovskiy

(Authorized by email)

**ORDER**

For the reasons set forth above, the stay is lifted and a Joint Status Report shall be filed by November 4, 2019.

IT IS SO ORDERED.

Dated:  September 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE