PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>2006 BMW 750LI, VIN: WBAHN83506DT30035, LICENSE NUMBER: 5RLP132,<br><br>                Defendant. | 2:13-CV-00194-JAM-KJN<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.     This is a civil forfeiture action against a 2006 BMW 750Li, VIN: WBAHN83506DT30035, License Number: 5RLP132 ("defendant vehicle") seized on or about August 30, 2012.

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 1, 2013, alleging that said defendant vehicle is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(D).

3.     On February 1, 2013, the Clerk issued a Warrant for Arrest for the defendant vehicle and that warrant was executed on February 15, 2013.

4.     Beginning on February 13, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site

www.forfeiture.gov.  A Declaration of Publication was filed on April 5, 2013.

    5.    In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

        a.    Aleksandr Lastovskiy.

    6.    Claimant Aleksandr Lastovskiy filed a Verified Claim on February 25, 2013, and an Answer to the Complaint on March 11, 2013.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

    1.    The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.    Judgment is hereby entered against claimant Aleksandr Lastovskiy and all other potential claimants who have not filed claims in this action.

    3.    All right, title, and interest of Aleksandr Lastovskiy in the defendant 2006 BMW 750Li, VIN: WBAHN83506DT30035, License Number: 5RLP132 shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(D), to be disposed of according to law.

    4.    The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant vehicle.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Aleksandr Lastovskiy waived the provisions of California Civil Code § 1542.

    5.    All parties are to bear their own costs and attorneys' fees.

///
///
///
///
///

6. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 23rd day of January, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE